Donna T. Parkinson, State Bar No. 125574
Margaret E. Garms, State Bar No. 84938
**PARKINSON PHINNEY**
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 449-1444
Facsimile: (916) 449-1440
E-mail: donna@parkinsonphinney.com

Counsel for Secured Creditor
Zions First National Bank

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>John Bleakmore Roberts and Danette Marie Roberts, aka Danette Marie Jose-Roberts,<br><br>Debtors. | Case No. 11-50525<br>Chapter 7<br>R.S. No. PP-2<br><br>Date: February 23, 2011<br>Time: 2:00 p.m.<br>Courtroom 3070<br>280 S. First Street, San Jose, CA 95113 |

**MOTION BY ZIONS FIRST NATIONAL BANK FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY (1031 W. 2nd STREET, PORTALES, NM); MEMORANDUM OF POINTS AND AUTHORITIES**

**TO THE HONORABLE CHARLES NOVACK, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, DEBTOR, DEBTOR'S COUNSEL, TRUSTEE JOHN W. RICHARDSON, THE U.S. TRUSTEE AND INTERESTED PARTIES:**

Secured Creditor, Zions First National Bank, ("Zions") moves the Court for an order modifying/terminating the automatic stay of 11 U.S.C. § 362(a). By this Motion, Zions seeks relief from the automatic stay against the debtors, John Bleakmore Roberts and Danette Marie Roberts, aka Danette Marie Jose-Roberts ("Debtors"), the bankruptcy estate and all collateral of Zions, for all purposes including, without limitation, the exercise of rights and remedies under the applicable loan documents and law with regard to the real property commonly known as 1031 W. 2nd Street, Portales, NM (the "Property"), more particularly described in the Deed of Trust submitted as Exhibit 2 to the Declaration of Rhett Anderson ("Anderson Declaration").

The Motion is brought pursuant to Bankruptcy Local Rule 4001-1. The Motion is supported by the Memorandum of Points and Authorities below, the Anderson Declaration, and the Request for Judicial Notice ("RJN"), all submitted herewith.

In support of this Motion, Zions represents as follows:

## INTRODUCTION

The Debtors admit in their Schedules that they have no equity in the Property. This is a Chapter 7 case, so the Property cannot be needed for reorganization. Zions is therefore entitled to relief under 11 U.S.C. §362(d)(2).

## JURISDICTION

On January 21, 2011 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 in this Court. This Court has jurisdiction over this proceeding pursuant to 11 U.S.C. §§ 105, 361 and 362 and 28 U.S.C. §§ 157 and 1334. This proceeding is a core proceeding pursuant to 28 U.S.C.§ 157(b).

## STATEMENT OF FACTS

BMC Capital, LP, predecessor in interest to Zions, made a loan in the original principal amount of $375,000 (the "Loan") to Debtors pursuant to a Promissory Note dated June 1, 2005 ("Note"). Anderson Declaration, Exhibit 1. The Note has been endorsed by BMC Capital, LP to Zions.

The Note is secured by a Deed of Trust ("Deed of Trust") executed by the Debtors, recorded on or about June 22, 2005 in Roosevelt County, New Mexico, which grants a security interest to the Lender in the Property. Anderson Declaration, Exhibit 2.

The Note is further secured by an Assignment of Rents ("Assignment of Rents") executed by the Debtors, recorded on or about June 22, 2005 in Roosevelt County, New Mexico, which grants a security interest to the Lender in the Property. Anderson Declaration, Exhibit 3.

The Deed of Trust and Assignment of Rents were assigned by BMC Capital, LP to Zions pursuant to an Assignment of Deed of Trust and Assignment of Rents which was recorded June 15, 2005 in Roosevelt County, New Mexico. Anderson Declaration, Exhibit 4.

The Debtors identified the Property in their Schedules as property of the estate with a value of $100,000, and listed debt secured by the Property totaling $375,000. RJN, Exhibit 1. By their own admission, therefore, Debtors have no equity in the Property.

Debtors have made no payments to Zions since March 2010. Anderson Declaration. The amount required to pay the Loan in full as of January 27, 2011 was $321,314.81.

Zions commenced a judicial foreclosure of the Property in the 9th Judicial District Court, Roosevelt County, New Mexico, on August 18, 2010, case no. D-0911-CV-201000157 (the "Action"). Zions obtained a default judgment in the Action on December 9, 2010, which permits a Special Master's Sale of the Property to be held following a one-month redemption period. The Debtors filed their bankruptcy petition in this case before the Special Master's Sale could be held.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

The Debtors have admitted they no equity in the Property. This is a Chapter 7 case, so the Property is not needed for reorganization. Zions is therefore entitled to relief from the stay under §362(d)(2).

WHEREFORE, Zions prays for an order:

A. Terminating the stay of 11 U.S.C. section 362 as to the Property located at 1031 W. 2nd Street, Portales, NM, and the Rents thereof, for all purposes with regard to Zions and its assigns, including, without limitation, the holding of a Special Master's Sale of the Property and the exercise of any and all other rights and remedies under the applicable loan documents and the applicable law, including state law;

B. Waiving Federal Rule of Bankruptcy Procedure 4001(a)(3) so that any order for relief is effective immediately upon its issuance;

C. Providing that the Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the US Code; and

///

///

///

1     D. Granting such other relief as the Court deems proper.

                                                      Respectfully Submitted,

Dated: February 9, 2011         PARKINSON PHINNEY

                                                      By:

                                                                 */s/ Margaret E. Garms*

                                                      Donna T. Parkinson
                                                      Margaret E. Garms
                                                      Counsel for Zions First National Bank